United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>MADY CHAN,<br>　　　　Defendant. | Case No. 96-cr-00094-JSW-13<br><br>**ORDER TO SHOW CAUSE WHY PORTIONS OF ORDER ON CLAIM V SHOULD NOT BE UNSEALED** |

The Court has issued a redacted Order denying Defendant Mady Chan's motion to vacate his sentence. The Court has sealed Claim V in its entirety, but in its view, there are sections of that Order that can be filed in the public record. Before the Court unseals those portions of the Order, it will provide the parties the opportunity to set forth their views on which sections may be unsealed.

In responding to this Order, the parties shall take into consideration that the declaration of Elizabeth K. Lee, which discusses matters pertaining to a portion of Claim V, has been filed in the public record. The parties also should note that the Court generally will not seal discussions of or citations to case law.

Accordingly, the parties shall meet and confer and shall submit a joint response to this Order to Show Cause by July 23, 2018. That response shall set forth, by page and line, which portions of the Order should remain under seal and the reasons why those sections should remain under seal.

If the parties cannot reach agreement on a particular section, they shall set forth their//

//

//

respective views in the response.

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
JEFFREY S. WHITE
United States District Judge