CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>MADY CHAN,<br><br>    Defendant. | CASE NO. 96-CR-00094 JSW<br><br>**AMENDED JOINT STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER** MODIFYING BRIEFING SCHEDULE |

The defendant in the above-captioned case filed a Motion to Terminate Enforcement of Restitution Order on March 18, 2026. A hearing is set for April 28, 2026. The parties have met and conferred and have agreed to set a briefing schedule permitting the government to respond to the defendant's brief by April 8, 2026.

The above-captioned case has a lengthy procedural history. The superseding indictment was filed on March 24, 1998. Dkt. 471. The original judgment was issued on August 17, 2001 after a jury trial, and amended judgments were issued on February 24, 2011 and July 7, 2020. Dkt. 1537; Dkt. 2035; Dkt. 2368. The defendant appealed his conviction and filed a 2255 motion. The defendant's current motion before the court challenges the defendant's restitution order based on the Supreme Court's recently issued opinion in *Ellingburg v. United States*, 146 S. Ct. 564 (2026) where the Court

held that restitution under the MVRA is criminal punishment for purposes of the Ex Post Facto Clause. Government counsel is new to this case. Under the Court's standing order, the government's opposition brief is due April 1, 2026. Given the lengthy procedural history in this case, as well as the legal issues raised by *Ellingburg*, the government respectfully requests a one-week extension to April 8, 2026 to respond to the defendant's motion.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED:  March 24, 2026

_____/s/_____
MOLLY K. PRIEDEMAN
Assistant United States Attorney


_____/s/_____
GARY DUBCOFF
Attorney for Defendant


## ~~PROPOSED~~ ORDER

With the consent of the parties, and good cause appearing, given the lengthy procedural history and legal issues raised in the defendant's brief, IT IS HEREBY ORDERED that the government be granted a one-week extension to respond to the defendant's Motion to Terminate Enforcement of Restitution Order by April 8, 2026.  The Court also extends Defendant's deadline to reply by one week to April 15, 2026.

IT IS SO ORDERED.


DATED: March 25, 2026
_____

_____
THE HONORABLE JEFFREY WHITE
United States District Judge

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER    2
96-CR-00094 JSW